Pedro Rosario 89-A-3127
Shawangunk Corr. Facility
Wallkill, N.Y. 12589-0700



March 2, 2008

Honorable James C. Francis, IV
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, N.Y. 10007

      Re: Pedro Rosario v. Joseph T. Smith
         07 Civ. 3611 (WHP)(JCF)

Dear Magistrate Judge Francis:

    I am the Petitioner in the above-entitled habeas corpus proceeding. Pursuant to your Order, Petitioner's Reply is currently due on March 14, 2008.

    Petitioner is currently writing to respectfully request an extension of 30 days to April 14, 2008, to submit his Reply to the Respondent's opposition.

    Thank you for your consideration in this matter.

Respectfully,

Pedro Rosario

cc: A.D.A. Kayonia L. Whetstone

3/6/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ