USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/08

Mr. Pedro Rosario #94A2927
Shawangunk Correctional Facility
Wallkill, N.Y. 12589-0700

August 5, 2008

Hon. William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, N.Y. 10007

        Re: Rosario v. Smith, 07 Civ. 3611 (WHP)(JCF)
            REQUEST FOR EXTENSION TO OBJECT TO R & R

Dear Your Honor:

    On July 29, 2008, Honorable James C. Francis, filed his Report and Recommendation to Your Honor recommending my petition be denied and indicated I had (10) ten days from the date this decision was filed to submit my objections.

    Your Honor, I am respectfully writing to request a 30 (thirty) day extension from the date this R & R was filed to submit my objections. Please note, I received this R & R on August 4th, approximately (6) six days from the date it was filed. (See: Copy of Envelope)

    I respectfully make this request because I am a pro se litigant who requires additional time to file effective objections in a timely manner. It is also quite difficult to gain access to the Law Library in order to conduct my research. Due to the presented circumstances it will be difficult to file my objections in (4) four days.

    Your Honor, in light of the above-mentioned reasons I ask that you please grant my request for an extension.

Application Granted
SO ORDERED:
*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
8/11/08

Respectfully yours,
*[signature]*
Mr. Pedro Rosario- Pro Se
DIN # 94A2927
Shawangunk Corr. Facility
Wallkill, N.Y. 12589-0700

cc: file/pr
    Hon. James C. Francis IV
    ADA Kayonia Whetstone